ELLENORE C. WEIDMANN, as Executrix of JACOB WEIDMANN, Deceased, Respondent, *v.* LEWIS M. BORDEN et al., Appellants.

*Weidmann* v. *Borden,* 168 App. Div. 912, affirmed.
(Argued October 30, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 26, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action for conversion. Jacob Weidmann, plaintiff's testator, loaned the Zust Motor Company, a New York corporation, $3,000, for which he was given a chattel mortgage upon a chassis and certain machinery, lathes, presses and tools of every kind at No. 235 West Fiftieth street, in the borough of Manhattan, city of New York. Mr. Weidmann died and the Zust Motor Company became bankrupt. It was alleged that the tools and machinery came into possession of defendants who refused to deliver the same to a representative of the mortgagee and that they were thereafter sold.

*Francis Colety* for appellants.

*Martin Conboy* and *Philip S. Hill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.; WILLARD BARTLETT, Ch. J., is of the opinion that the evidence as to the value was inadmissible, and he concurs upon the ground that the error was not harmful under the circumstances.